**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | No. 19-CR-10080 |
| **ELIZABETH HENRIQUEZ,** | ) ) ) | |
| Defendant. | ) ) ) | |

### ELIZABETH HENRIQUEZ'S MOTION TO MODIFY HER SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

By and through undersigned counsel, Defendant Elizabeth Henriquez respectfully requests that the Court, pursuant its statutory authority under 18 U.S.C. § 3582(c)(1)(A)(i), modify the sentence that it imposed on March 31, 2020 to a sentence of seven months' probation with a condition of home confinement, in addition to whatever other conditions the Court deems necessary and appropriate under the 18 U.S.C. § 3553(a) factors and the United States Sentencing Guidelines Manual.

Earlier today, Ms. Henriquez filed a motion to seal the memorandum of law supporting this motion. Undersigned counsel intend to file the supporting memorandum of law under seal with the Court, as well as file on the public docket an appropriately redacted version of the memorandum, once the Court rules on the motion to seal.

DATED: June 2, 2020

Respectfully submitted,

/s/ Aaron M. Katz
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
aaron.katz@ropesgray.com

Laura G. Hoey (*pro hac vice*)
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry (*pro hac vice*)
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
(202) 508-4600
colleen.conry@ropesgray.com

**Counsel for Elizabeth Henriquez**

**LOCAL RULE 7.1 CERTIFICATION**

I, Aaron M. Katz, hereby certify that I conferred with the government regarding the subject matter of this motion. The government opposes the motion.

>                                  */s/ Aaron M. Katz*
>                                  Aaron M. Katz

**CERTIFICATE OF SERVICE**

I, Aaron M. Katz, hereby certify that the foregoing document was served through the ECF system on all registered participants in this action on June 2, 2020.

>                                  */s/ Aaron M. Katz*
>                                  Aaron M. Katz