UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 19-CR-10080 |
| ) | |
| ELIZABETH HENRIQUEZ, ) | |
| Defendant.   ) | |

### RENEWED MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582

The Court previously denied Elizabeth Henriquez's motion for a reduction of her sentence under 18 U.S.C. § 3582, but it invited her to renew her motion if the COVID-19 pandemic does not abate as the Court anticipated it would when it originally imposed its sentence. For the reasons explained below, we are at this time renewing Elizabeth's motion for relief and requesting that the Court reduce her term of imprisonment by seven weeks.[1] We have met and conferred with the government, who opposes the request.

Elizabeth's case manager at FCI Dublin recently informed Elizabeth that, absent any modification of her sentence, she will be released from prison on January 7, 2021. The case manager also informed Elizabeth, however, that she will be required to spend 21 days in "exit quarantine" prior to her release. This "exit quarantine" is required because, in the opinion of the prison officials at FCI Dublin, the COVID-19 pandemic has not abated and continues to pose a grave public health risk to the citizens of California.[2]

---

[1] This Court's statutory jurisdiction to grant this motion is undisputed, for the reasons discussed in our prior §3582 motion.

[2] Our understanding is that, in the past several weeks, at least six inmates at FCI Dublin tested positive for COVID-19. Although the BOP thankfully reports that all of these inmates have recovered, it underscores the risk that COVID-19 continues to present to inmates at FCI Dublin

*Because, for the third time, defendant has failed to demonstrate extraordinary and compelling reasons to reduce her sentence, motion denied.*

*NMGorton, USDJ 10/29/20*