United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,  ) | |
| )  | |
| v.                          ) | |
| )  | |
| Gregory Colburn, et al.,    ) | |
| )  | Criminal Action No. |
| Defendants.       ) | 19-10080-NMG |
| )  | |

**ORDER**

**GORTON, J.**

Pending before the Court is the fourth motion of defendant Elizabeth Henriquez ("Henriquez" or "defendant") for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) based upon concerns related to the COVID-19 pandemic. The defendant is currently incarcerated at FCI Dublin in California and has a projected release date of January 7, 2021.

The Court has considered the written submissions of the parties, including defendant's emergency motion pursuant to 18 U.S.C. § 3582 (Docket No. 1680), government's response thereto (Docket No. 1681) and an email reply of defense counsel sent on December 23, 2020 at 3:35 P.M. For the reasons stated in government's response, namely, 1) that defendant chose to report to prison, rather than seek to postpone her self-report date,

- 1 -

knowing the risks of COVID-19, 2) that defendant's underlying health condition does not place her at a higher risk for complications due to COVID-19, 3) that the Bureau of Prisons has taken extraordinary steps to mitigate the spread of COVID-19 in FCI Dublin and 4) that releasing defendant without a 14-day exit quarantine poses a health risk to the community, defendant's motion (Docket No. 1680) is **DENIED.**

**So ordered.**

                                      \s\ Nathaniel M. Gorton
                                      Nathaniel M. Gorton
                                      United States District Judge

Dated December 23, 2020