UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ELIZABETH HENRIQUEZ, ) <br>         Defendant. ) <br> ) | No. 19-CR-10080 |

### ASSENTED-TO MOTION FOR RETURN OF PASSPORT

Elizabeth Henriquez has completed her prison sentence and is currently on supervised release. Although Ms. Henriquez has no present plans to travel internationally, she does wish to regain possession of her passport, which is being held with Pre-Trial Services pending an order from this Court allowing its return to her. We respectfully request that the Court order that her passport be returned to her.

The government assents to this motion.

DATED: February 26, 2021

Respectfully submitted,

/s/ Aaron M. Katz
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
aaron.katz@ropesgray.com

**Counsel for Elizabeth Henriquez**

*Motion allowed.* /s/ NMGorton, USDJ 02/26/21